IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR271 |
| | ) | |
| v. | ) | |
| | ) | |
| JENNIFER LOVINGS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to restrict access to motion for variance and brief in support of motion for variance (Filing No. 33). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted. The motion and brief are filed as restricted pending further order of the Court.

DATED this 19th day of February, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court