IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR271 |
| | ) | |
| v. | ) | |
| | ) | |
| JENNIFER LOVINGS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on the plaintiff's motion to seal (Filing No. 44). The Court finds the motion should be granted. Accordingly,

      IT IS ORDERED that plaintiff's motion to seal is granted. Its motion shall remain sealed pending further order of the Court.

      DATED this 11th day of August, 2014.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court