IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR271 |
| | ) | |
| v. | ) | |
| | ) | |
| JENNIFER LOVINGS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on defendant's request for permission to file a successive § 2255 pursuant to *Johnson v. United States*, 135 S.Ct. 2551 (2015) and *Welch v. United States*, No. 15-6418, S.Ct. April 18, 2016 (Filing No. 55), and the motion to withdraw as attorney (Filing No. 58).  The Court notes that counsel for defendant has reviewed defendant's motion and states she was not sentenced as a career offender and that no prior convictions were used to enhance her sentence.  The Court finds defendant's motion should be denied and the motion to withdraw as attorney should be granted.  Accordingly,

      IT IS ORDERED:

      1) Defendant's request for permission to file a successive § 2255 pursuant to *Johnson v. United States*, 135 S.Ct. 2551 (2015) and *Welch v. United States*, No. 15-6418, S.Ct. April 18, 2016, is denied.

2) The motion to withdraw as attorney is granted. David R. Stickman and the Office of the Federal Public Defender are deemed withdrawn as counsel for defendant.

DATED this 8th day of August, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court